| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Davis, Andre M. | 2. Court or Organization Court of Appeals for the Fourth Circuit | 3. Date of Report 05/15/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior Circuit Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ✔ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

U S Courthouse
101 W. Lombard Street
Baltimore, MD 21201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | University of MD School of Law Board of Visitors |
| 2. | Instructor | National Judicial College |
| 3. | Member of the Faculty Council | National Judicial College |
| 4. | Director | Open Society Institute-Baltimore |
| 5. | Member of the Board | Baltimore Urban Debate League, Inc. |
| 6. | Member of the Board | Community Law in Action, Inc. |
| 7. | Member of the Executive Committee | ABA Judicial Division/Appellate Judges Conference |
| 8. | Member of the Death Penalty Due Process Steering Committee | American Bar Association |
| 9. | Chair | ABA Judicial Division/Commission on Diversity in the Judiciary |
| 10. | Member | Network on Neroscience and the Law |
| 11. | Member | Appellate Judges Education Institute Board of Directors |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 05/15/2016 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davis, Andre M.** | 05/15/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/2015 | Self Employed Education Consultant |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Vanderbilt University School of Law | February 24-25, 2015 | Nashville, TN | Guest Judicial Instructor | Transportation, Lodging, and Food |
| 2. | New York University School of Law | March 27-28, 2015 | New York, NY | Selection Committee | Transportation, Lodging, and Food |
| 3. | National Judicial College | June 3-5, 2015 | Reno, NV | Faculty Council Meeting | Transportation, Lodging, and Food |
| 4. | National Judicial College | June 10-14, 2015 | London, UK | Judge Panel on Judicial Independence | Transportation, Lodging, and Food |
| 5. | American Bar Association | February 4-8, 2015 | Houston, TX | Mid-Year Meeting | Transportation, Lodging, and Food |
| 6. | American Bar Association | April 30, 2015 | Philadelphia, PA | Spring Meeting | Transportation, Lodging, and Food |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Davis, Andre M.** | 05/15/2016 |

| | | | | | |
|---|---|---|---|---|---|
| 7. | National Judicial College | October 14-15, 2015 | Chicago, IL | Judicial Seminar | Transportation, Lodging, and Food |
| 8. | MacArthur Foundation | April 24-26, 2015 | Atlanta, GA | Meeting of Research Network | Transportation, Lodging, and Food |
| 9. | Federal Bar Association | September 9-11, 2015 | Salt Lake City, UT | Annual Meeting | Transportation, Lodging, and Food |
| 10. | MacArthur Foundation | September 27-29, 2015 | Tucson, AZ | Meetings on Pre-trial Justice Reform | Trasportation, Lodging, and Food |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 05/15/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sovereign Bank | Mortgage on Rental Property/ Eastham, MA | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts | A | Interest | J | T | | | | | |
| 2. Capital One Accounts | A | Interest | J | T | | | | | |
| 3. Bank of America Accounts | A | Interest | K | T | | | | | |
| 4. American Express Bank Account | A | Interest | M | T | | | | | |
| 5. JPMorgan LiquidAssetsMoneyMarket | A | Dividend | J | T | | | | | |
| 6. Lines 7 to 12 report EXCHANGE TRADED FUNDS (H) | | | | | | | | | |
| 7. Fidelity MSCI Health Care Index | A | Dividend | J | T | Buy | 08/19/15 | J | | |
| 8. iShares S& P 500 Growth ETF | A | Dividend | J | T | Buy | 08/12/15 | J | | |
| 9. | A | Dividend | J | T | Buy (add'l) | 08/20/15 | J | | |
| 10. | A | Dividend | J | T | Buy (add'l) | 08/21/15 | J | | |
| 11. iShares Silver Trust | A | Dividend | J | T | | | | | |
| 12. Technology Select Sector SPDR Fund | A | Dividend | K | T | | | | | |
| 13. Lines 14 to 16 report Common Stock (H) | | | | | | | | | |
| 14. Verizon | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 15. Sun Edison | A | Dividend | J | T | Buy | 08/2/15 | J | | |
| 16. Gamco Global Gold, Nat Resources | A | Dividend | J | T | Buy | 08/26/15 | J | | |
| 17. Lines 18 to 23 report MUTUAL FUNDS (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Davis NY Venture Fund Class C | A | Dividend | K | T | | | | | |
| 19. Europacific Growth Fund Class A | A | Dividend | K | T | | | | | |
| 20. T Rowe Price Growth Fund | C | Distribution | K | T | | | | | |
| 21. T Rowe Price Blue Chip Growth Fund | A | Distribution | K | T | | | | | |
| 22. T Rowe Price Equity Income Fund | B | Distribution | K | T | | | | | |
| 23. T Rowe Price MD Tax Free Bond Fund | A | Int./Div. | K | T | | | | | |
| 24. Rental Property--Eastham, MA | | None | P1 | | | | | | |
| 25. Rental Property--Baltimore, MD | D | Rent | | | Sold | 07/31/15 | N | B | |
| 26. Trust No. 1 This is an income beneficiary trust. | E | Distribution | P1 | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 05/15/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Andre M. Davis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544